

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 2:20CR 4 |
| | ) | |
| v. | ) | 18 U.S.C. § 1001(a)(2) |
| | ) | False Statement or Representation |
| | ) | Made to a Department or Agency of |
| | ) | the United States |
| MIRANDA S. OVERTON, | ) | (Count One) |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT: On or about July 2, 2018, the

defendant, MIRANDA S. OVERTON, did willfully and knowingly make a materially false,

fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the

executive branch of the Government of the United States, by reporting to an agent of the Naval

Criminal Investigative Service that that Mr. J.S., an active duty member of the United States

Navy, penetrated her vulva and anus without her consent, at Bon Secours Depual Medical Center

located in Norfolk, Virginia, in the Eastern District of Virginia.  The statements and

representations were false because as MIRANDA S. OVERTON then and there knew, she had

consensual sex with Mr. J.S.

(In violation of Title 8, United States Code, 1001(a)(2))

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date:   <u>January 22, 2020</u>          By:   _____

Matthew J. Heck
Special Assistant United States Attorney